**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: March 12, 2010**

_____


```
                  UNITED STATES BANKRUPTCY COURT
                    SOUTHERN DISTRICT OF OHIO
                        EASTERN DIVISION

In Re:     KHENH PHOUAYVONGSA         :        Chapter 13

                                      :        Case No. 09-50628

DEBTOR(S)                             :        JUDGE HOFFMAN JR
```

**ORDER OF DISMISSAL**

Pursuant to the motion of the Chapter 13 Trustee and for good cause shown, the Court hereby dismisses this proceeding for failure of the debtor(s) to comply with the terms of the Chapter 13 Plan previously confirmed herein. See 11 U.S.C. 1307 (c) (6).

The Trustee is hereby given leave to file his Final Report herein and be discharged from his trust.

**IT IS SO ORDERED.**

**Copies to: All Creditors and Parties in Interest**

###